IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>       v.<br><br>RODNEY LESTER POTTER,<br><br>                              Defendant. | Case No. 3:18-CR-00225-SI-1<br><br>ORDER GRANTING MOTION TO REDUCE SENTENCE |

SIMON, District Judge:

This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served effective October 13, 2020, followed by a term of five years' supervised release. The Court concludes that the defendant does not pose a danger to any other person or the community. The U.S. Probation Office has approved a release plan for Mr. Potter. The Court adds the following conditions of supervised release: (1) self-quarantine at the approved residence for a period of 14 days; and (2) home confinement until June 25, 2022. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

Page 1    ORDER GRANTING MOTION TO REDUCE SENTENCE

IT IS HEREBY ORDERED that Defendant shall be released on Tuesday, October 13, 2020, for travel to his approved release residence in Oregon, if the BOP has determined that he is COVID-19 negative. If the BOP cannot make the determination by that date, the government shall notify the Court without delay. Upon his arrival at the residence, the defendant shall be required to adhere to a 14-day quarantine period at the residence, subject to location monitoring at the discretion of U.S. Probation, unless the U.S Probation Office authorizes interruption of the quarantine for urgent reasons.

IT IS FURTHER ORDERED that the conditions of supervision shall be modified to require home confinement up to June 25, 2022. An amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this 7th day of October, 2020.

Hon. Michael H. Simon
United States District Court Judge